AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

10498113

**RECEIVED**
By USMS District of Columbia District Court at 8:57 am, May 22, 2024

United States of America
v.

JALONIE HOOPER

*Defendant*

)
) Case: 1:24-cr-00246
) Assigned to: Judge Boasberg, James E.
) Assign Date: 5/21/2024
) Description: INDICTMENT (B)
) Related Case No: 24-cr-245 (JEB)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  JALONIE HOOPER

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams or More of Mixture and Substance Containing a Detectable Amount of Fentanyl; a Mixture and Substance Containing a Detectable Amount of Fentanyl Analogue; a Mixture and Substance Containing a Detectable Amount of Cocaine Base; and a Mixture and Substance Containing a Detectable Amount of Heroin;
21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi) - Unlawful Distribution of 40 Grams or More of Fentanyl;
FORFEITURE:  21 U.S.C. § 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)

Date:  05/21/2024

*Issuing officer's signature*

City and state:   WASHINGTON, DC         G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)*  5/22/2024 , and the person was arrested on *(date)*  5/28/2024
at *(city and state)*  Washington, DC

Date:  5/28/2024

*Arresting officer's signature*

CEstrada
*Printed name and title*